
**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 18, 2024

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | Case No.: | 23-32952-sgj11 |
|---|---|---|
| **MKNC II, LLC,** <br> 47-4394767 <br> 1107 Kenshire Lane <br> Richardson, TX 75081 | Chapter: | 11 |
| **Debtor.** | | |

**ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE WITHOUT PREJUDICE**

Came on to be heard before the Court, *Debtor's Amended Motion to Dismiss Chapter 11 Bankruptcy Case [11 U.S.C. § 1112(b)]* (the "**Motion**"). By that Motion, **MKNC II, LLC,** Debtor and Debtor in possession in the above-styled and numbered case (the "**Debtor**") requested the entry of an order dismissing this bankruptcy case. Upon consideration of the Motion, and upon the record thereon, the Court finds: (1) this Court has jurisdiction pursuant to 28 U.S.C. §1334 and

that this matter is a core proceeding as defined in 28 U.S.C. §157(b); (2) notice of the Motion was proper and adequate, and that no other or further notice is necessary; and (3) the relief requested in the Motion is in the best interest of the Debtor, the bankruptcy estate and all interested parties. After due deliberation thereon and there being good and sufficient cause it is

**HEREBY ORDERED THAT:**

1. The above-styled bankruptcy case is hereby dismissed without prejudice.

2. The Debtor shall pay all fees due and owing the Office of the United States Trustee within ten (10) days of the date of entry of this Order.

3. This Order shall be effective immediately upon entry.

### ### END OF ORDER ###

**ORDER SUBMITTED BY:**

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**  robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**  mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**       972-991-5591
**F**       972-346-6791
**Counsel for Debtor and Debtor in Possession**